IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 95-cr-00490-ZLW-01

United States of America,

       Plaintiff,

v.

1.   DAN JEAN HENDERSHOTT,
      a/k/a Danny James Hendershott, Jr.,
      a/k/a Daniel J. Hendershot,

       Defendant.

---

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for an initial appearance hearing before the United States District Court for the District of Colorado, forthwith. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Dan Jean Hendershott, a/k/a Danny James Hendershott, Jr., a/k/a Daniel J. Hendershot, (DOC No. 7581094), now confined in the Snake River Correctional Facility, 777 Stanton Bouldvard, Ontario, Oregon, before the Honorable Zita L. Weinshienk, United States District Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter, for a supervised release violation hearing in the United States District Court

for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this __11__ day of __Feb.__, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK
SENIOR, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO